

# Court of Appeals
# Fifth District of Texas at Dallas

## ORDER

IN RE THE OFFICE OF THE
ATTORNEY GENERAL

No. 05-19-00722-CV

Original Proceeding from the 254th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. 10-21096.
Opinion delivered by Justice Whitehill.
Justices Partida-Kipness and Pedersen, III
participating.

In accordance with this Court's opinion of this date, we vacate our June 25, 2019 stay, conditionally grant relator's petition for writ of mandamus, and direct the trial court to issue an order vacating its ruling requiring the relator to provide Mother's last known address to Father's attorney. A writ will issue if the trial court fails to comply within thirty days of this order.

Order entered December 5, 2019

/Bill Whitehill/
BILL WHITEHILL
JUSTICE